SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone:  (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Plaintiff, Ronald E. Stadtmueller, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | CASE NO. 19-04688-CL7 |
| INTEGRATEDMARKETING.COM, dba RONI HICKS & ASSOCIATES, | Chapter 7 |
| | Adv. Pro. No. 21-90061-CL |
| Debtor. | |
| RONALD E. STADTMUELLER, Chapter 7 Trustee, | **STATUS REPORT** |
| Plaintiff, | |
| v. | |
| PRAIRIE CAPITAL ADVISORS, INC., | |
| Defendant. | Date: February 14, 2022<br>Time: 10:30 a.m.<br>Dept.: 5<br>Hon. Christopher B. Latham |

STATUS REPORT

    The parties had a lengthy Zoom meeting on February 1, 2022 wherein plaintiff, through its expert witness, Steven Jones, presented a PowerPoint outlining issues relating to this claim, as well as a view of plaintiff's positions regarding the claims.

    Additionally, plaintiff requested, and defendant agreed, to provide additional documentation from its files that may not have already been provided to plaintiff.

#5035719v1

- 1 -

The parties will continue to meet and confer in a cooperative manner regarding the prosecution and defense of this adversary proceeding.

Therefore, it is respectfully requested this status conference be continued for approximately ninety (90) days.

Respectfully submitted.

Dated: February 7, 2022

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:  /s/ Gary B. Rudolph
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Plaintiff, Ronald E. Stadtmueller, Chapter 7 Trustee