CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL, APLC
James P. Hill, SBN 90478 | Gary B. Rudolph, SBN 101921
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700, San Diego, California 92101
San Diego, California 92101
Telephone: (619) 233-4100
Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>INTEGRATEDMARKETING.COM, dba Roni Hicks & Associates,<br>Debtor(s) | BANKRUPTCY NO.  19-04688-CL7 |
| RONALD E. STADTMUELLER, Chapter 7 Trustee<br>Plaintiff(s)<br>v.<br>PRAIRIE CAPITAL ADVISORS, INC.<br>Defendant(s) | ADVERSARY NO.  21−90061−CL |

# PROOF OF SERVICE

I, __Liz L. James__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __February 7, 2022__, I served the following documents:

- **Status Report; and**
- **Proof Of Service**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __February 7, 2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- **Kathryn M.S. Catherwood**    kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grsm.com
- **Gary B. Rudolph**    rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.courtdrive.com
- **Ronald E. Stadtmueller**    ecfstadt@aol.com, res@trustesolutions.net;ecfstadt2@aol.com

| | | |
|---|---|---|
| ☐ Chapter 7 Trustee: | | |
| ☐ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

#5035730v1

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   February 7, 2022          Liz L. James /s/ Liz L. James
              (Date)                     (Typed Name and Signature)

                                          600 B Street, Suite 1700
                                          (Address)

                                          San Diego, CA  92101
                                          (City, State, ZIP Code)

#5035730v1

CSD 3010