SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Plaintiff, Ronald E. Stadtmueller, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>INTEGRATEDMARKETING.COM, dba RONI HICKS & ASSOCIATES,<br><br>             Debtor.<br>RONALD E. STADTMUELLER, Chapter 7 Trustee,<br><br>             Plaintiff,<br>v.<br>PRAIRIE CAPITAL ADVISORS, INC.,<br><br>             Defendant. | CASE NO. 19-04688-CL7<br><br>Chapter 7<br><br>Adv. Pro. No. 21-90061-CL<br><br><br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><br><br>Date: February 14, 2022<br>Time: 10:30 a.m.<br>Dept.: 5<br>       Hon. Christopher B. Latham |

#5035676v1

- 1 -

# STIPULATION

The parties, through their attorneys of record hereby stipulate to continue the status conference in this adversary proceeding for approximately ninety (90) days.

IT IS SO STIPULATED.

Dated: February 7, 2022

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Gary B. Rudolph*
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Plaintiff, Ronald E. Stadtmueller, Chapter 7 Trustee

Dated: February 7, 2022

Gordon Rees Scully Mansukhani, LLP

By: */s/ Kathryn M.S. Catherwood*
Kathryn M.S. Catherwood
Attorneys for the Defendant

#5035676v1

- 2 -