TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Adversary Case: | RONALD E. STADTMUELLER v. PRAIRIE CAPITAL ADVISORS, INC. |
| Bankruptcy Case: | INTEGRATEDMARKETING.COM |
| Adversary Number: | 21-90061-CL |
| Case Number: | 19-04688-CL7 |
| Hearing: | 10:30 AM  Monday, February 14, 2022 |
| Motion: | PRE-TRIAL STATUS CONFERENCE (fr. 11/22/21) |

The court has considered the parties' stipulation to continue (ECF No. 16), and its own docket.  It sees that discovery is progressing and that the parties are meeting and conferring to advance this case.  To allow time, they request a 90-day continuance.  Good cause appearing, the court will permit that.  Accordingly, it **continues** the matter to **May 23, 2022 at 10:00 a.m.**, **directs** the parties to file a status report one week before, and excuses appearances at the February 14, 2022 hearing.