SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Plaintiff, Ronald E. Stadtmueller, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>INTEGRATEDMARKETING.COM,<br>dba RONI HICKS & ASSOCIATES,<br><br>            Debtor. | **CASE NO. 19-04688-CL7**<br><br>Chapter 7<br><br>Consolidated for Discovery<br>Adv. No. 21-90061-CL and<br>Adv. No. 21-90062-CL |
| RONALD E. STADTMUELLER,<br>Chapter 7 Trustee,<br>            Plaintiff,<br>v.<br>PRAIRIE CAPITAL ADVISORS, INC.,<br>            Defendant. | **STIPULATION CONTINUING DISCOVERY AND OTHER DEADLINES AND DATES, AND CONTINUING STATUS CONFERENCE DATE**<br><br>Current hearing date and time:<br>August 19, 2022 @ 10:30 a.m. |
| RONALD E. STADTMUELLER, as administrator of the Roni Hicks & Associates Employee Stock Ownership Plan and Trust dated January 1, 2013,<br>            Plaintiff,<br>v.<br>PRAIRIE CAPITAL ADVISORS, INC.,<br>            Defendant. | **Continued Hearing Date:<br>December 12, 2022<br>Time: 10:30 a.m.<br>Dept.:5**<br>      **Hon. Christopher B. Latham** |

      Plaintiff Ronald E. Stadtmueller ("Plaintiff"), as Administrator of the Roni Hicks & Associates Employee Stock Ownership Plan and Trust dated January 1, 2013

#5263253v1          - 1 -

("Administrator"), and as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of IntegratedMarketing.com dba Roni Hicks & Associates ("Debtor"), and defendant Prairie Capital Advisors, Inc. ("Prairie") (collectively the "Parties"), hereby stipulate as follows:

## RECITALS

1.  At the pre-trial status conference hearing conducted on November 22, 2021, the Court set the following deadlines in connection with these administratively consolidated matters (see ECF #13):

| Event | Current Date |
|---|---|
| Initial disclosures pursuant to Rule 7026(a)(1) to be exchanged by | 11/30/2021 |
| Fact discovery to be completed by | 8/1/2022 |
| Motions to amend pleadings or join additional parties due by | 8/31/2022 |
| Initial expert disclosures must be served by | 8/31/2022 |
| Rebuttal expert disclosures, if any, must be served by | 9/30/2022 |
| Case-in-chief expert reports must be served by | 10/31/2022 |
| Rebuttal expert reports, if any, must be served by | 11/30/2022 |
| Expert discovery to be completed by | 12/30/2022 |
| Supplementations under 7026(e) by | 12/30/2022 |
| All other motions, except motions in limine by | 1/31/2023 |

2.  In addition, the Court has requested that the Parties continue the current status conference, set for August 19, 2022 at 10:30 a.m., and the Parties consent to such a continuance.

3.  Since that time the Parties have met and conferred on discovery and other matters, including preliminary settlement discussions. As a result, the Parties are desirous of extending the aforementioned dates, and stipulate as follows:

## STIPULATION

Based upon the foregoing, the Parties hereby stipulate as follows:

1.  The following dates should be set by this Court in connection with this matter:

/ / /

/ / /

#5263253v1                                            - 2 -

| Event | Current Date | Proposed New Stipulated Date |
|---|---|---|
| Initial disclosures pursuant to Rule 7026(a)(1) to be exchanged by | 11/30/2021 | done |
| Fact discovery to be completed by | 8/1/2022 | 12/1/2022 |
| Motions to amend pleadings or join additional parties due by | 8/31/2022 | 12/31/2022 |
| Initial expert disclosures must be served by | 8/31/2022 | 12/31/2022 |
| Rebuttal expert disclosures, if any, must be served by | 9/30/2022 | 1/31/2023 |
| Case-in-chief expert reports must be served by | 10/31/2022 | 2/28/2023 |
| Rebuttal expert reports, if any, must be served by | 11/30/2022 | 3/31/2023 |
| Expert discovery to be completed by | 12/30/2022 | 4/30/2023 |
| Supplementations under 7026(e) due by | 12/30/2022 | 4/30/2023 |
| All other motions, except motions in limine, must be filed by | 1/31/2023 | 5/31/2023 |

These dates are without prejudice to the right of any party to later seek further extension of any of the aforementioned dates.

2.   In addition, the parties consent to the continuance of the status conference currently set for August 19, 2022 at 10:30 a.m. to December 12, 2022 at 10:30 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 25, 2022

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:   */s/ Kathleen A. Cashman-Kramer*
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Plaintiff, Ronald E. Stadtmueller, Chapter 7 Trustee

Dated: July 25, 2022

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:   */s/ Kathleen A. Cashman-Kramer*
Kathleen A. Cashman-Kramer
Attorneys for Plaintiff Ronald E. Stadtmueller, as administrator of the Roni Hicks & Associates Employee Stock Ownership Plan and Trust dated January 1, 2013

#5263253v1

- 3 -

1     IT IS SO STIPULATED.

3 Dated: July 25, 2022     Gordon Rees Scully Mansukhani, LLP

By:   */s/ Kathryn M.S. Catherwood*
      Kathryn M.S. Catherwood
      Attorneys for the Defendant Prairie Capital Advisors, Inc.