CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

SULLIVAN HILL REZ & ENGEL, APLC
James P. Hill, SBN 90478 | Gary B. Rudolph, SBN 101921
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700, San Diego, California 92101
San Diego, California 92101
Telephone: (619) 233-4100
Attorneys for Ronald E. Stadtmueller, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>INTEGRATEDMARKETING.COM, dba Roni Hicks & Associates,<br><br>Debtor(s) | CASE NO. 19-04688-CL7<br>(Lead Case)<br>(Jointly Administered) |
|---|---|
| RONALD E. STADTMUELLER, Chapter 7 Trustee<br>Plaintiff(s)<br><br>v.<br><br>PRAIRIE CAPITAL ADVISORS, INC.<br>Defendant(s) | Consolidated for Discovery<br>Adv. No. 21-90061-CL and<br>Adv. No. 21-90062-CL |
| RONALD E. STADTMUELLER, as administrator of the Roni Hicks & Associates Employee Stock Ownership Plan and Trust dated January 1, 2013,<br>Plaintiff(s),<br>v.<br>PRAIRIE CAPITAL ADVISORS, INC.,<br>Defendant(s). | |

## PROOF OF SERVICE

I, __Liz L. James__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __November 29, 2022__, I served the following documents:

- **Responses of Plaintiff Ronald E. Stadtmueller, Chapter 7 Trustee and Administrator, to Requests for Production of Documents by Defendant Prairie Capital Advisors, Inc., Set One.**

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __November 29, 2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

**SEE ATTACHED E-SERVICE LIST**

☐ Chapter 7 Trustee:

| ☐ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

#5370953v1

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  November 29, 2022  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

Kathryn M.S. Catherwood  kcatherwood@grsm.com

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   November 29, 2022        Liz L. James */s/ Liz L. James*
              (Date)                   (Typed Name and Signature)

                                       600 B Street, Suite 1700
                                       (Address)

                                       San Diego, CA  92101
                                       (City, State, ZIP Code)

#5370953v1

CSD 3010

**E-SERVICE LIST**

- **Kathleen A. Cashman-Kramer**   Cashman-Kramer@Sullivanhill.com, cashman-kramer@ecf.courtdrive.com;rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;rudolph@ecf.inforuptcy.com

- **Kathryn M.S. Catherwood**   kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com

- **Gary B. Rudolph**   rudolph@sullivanhill.com, hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.inforuptcy.com

- **Ronald E. Stadtmueller**   ecfstadt@aol.com, ecfstadt2@aol.com,res@trustesolutions.net

CSD 3010

#5370953v1