CSD3025
07/05

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| INTEGRATEDMARKETING.COM<br><br>Debtor(s) | BANKRUPTCY NO.   19−04688−CL7 |
| Ronald E. Stadtmueller<br><br>Plaintiff(s) | ADVERSARY NO.   21−90061−CL |
| v.<br><br>Prairie Capital Advisors, Inc.<br><br>Defendant(s) | |

## NOTICE OF CHANGE IN DATE AND TIME FIXED FOR HEARING

TO PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that the HEARING on the matter(s) presently set for

**3/13/23 at 10:00 AM, in Department 5, Room 318 to wit:**

**PRE−TRIAL STATUS CONFERENCE**

be, and the same is hereby changed to **3/27/23 at 11:00 AM, in Department 5, Room 318, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6991.**

Dated:  2/27/23                                       Michael Williams
                                                      Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

Stadtmueller,
    Plaintiff

Prairie Capital Advisors, Inc.,
    Defendant

Adv. Proc. No. 21-90061-CL

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Feb 28, 2023      Form ID: 1188      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion17.sc.ecf@usdoj.gov | Feb 28 2023 23:34:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + Email/Text: ustp.region15@usdoj.gov | Feb 28 2023 23:34:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary B. Rudolph | on behalf of Plaintiffs Ronald E. Stadtmueller rudolph@sullivanhill.com hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.inforuptcy.com |

| | |
|---|---|
| District/off: 0974-3 | User: Admin. |
| Date Rcvd: Feb 28, 2023 | Form ID: 1188 |

Page 2 of 2
Total Noticed: 2

Kathleen A. Cashman-Kramer
on behalf of Plaintiffs Ronald E. Stadtmueller Cashman-Kramer@Sullivanhill.com
cashman-kramer@ecf.courtdrive.com;rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;rudolph@ecf.inforuptcy.com

Kathryn M.S. Catherwood
on behalf of Defendant Prairie Capital Advisors  Inc. kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com

Ronald E. Stadtmueller
ecfstadt@aol.com  ecfstadt2@aol.com,res@trustesolutions.net

TOTAL: 4