TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Adversary Case: | RONALD E. STADTMUELLER v. PRAIRIE CAPITAL ADVISORS, INC. |
| Bankruptcy Case: | INTEGRATEDMARKETING.COM |
| Adversary Number: | 21-90061-CL |
| Case Number: | 19-04688-CL7 |
| Hearing: | 11:00 AM  Monday, March 27, 2023 |

Motion:    MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION FILED BY DEFENDANT PRAIRIE CAPITAL ADVISORS INC

The court will **hear** the matter.  It has considered Defendant Prairie Capital Advisors, Inc.'s summary judgment motion (ECF No. 34), Plaintiff Chapter 7 Trustee Ronald E. Stadtmueller's opposition (ECF No. 46), his judicial notice request and evidentiary objections (ECF Nos. 47 & 48), Defendant's reply (ECF No. 50), and its own docket.

Defendant moves for summary judgment (ECF No. 50).  It asserts that Plaintiff lacks standing and that Defendant did not owe Debtor a duty.  *Id.*  Plaintiff bases the majority of his opposition on the argument that Debtor was an intended beneficiary and that there are disputed issues of fact (ECF No. 46).  But before the court can address the causes of action under state law, there are two federal issues to address.  One, the possible preemption under the Employee Retirement Income Security Act of 1974.  And two, the relevance and applicability of Internal Revenue Service Ruling 59-60 and the Uniform Standards of Professional Appraisal Practice.  The parties should come prepared to discuss this and whether further briefing is necessary.  The court will then take the matter under submission and issue an order.