# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---|---|
| **ADV:** | 21-90061 |
| | **RONALD E. STADTMUELLER VS PRAIRIE CAPITAL ADVISORS, INC.** |
| **Debtor:** | INTEGRATEDMARKETING.COM |
| **Case Number:** | 19-04688-CL7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, MARCH 27, 2023 11:00 AM    DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matters:

1) PRE-TRIAL STATUS CONFERENCE (fr. 3/13/23)

2) MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION FILED BY DEFENDANT PRAIRIE CAPITAL ADVISORS INC

### Appearances:

GARY B. RUDOLPH, ATTORNEY FOR RONALD E. STADTMUELLER
KATHLEEN A. CASHMAN-KRAMER, ATTORNEY FOR RONALD E. STADTMUELLER
KATHRYN M.S. CATHERWOOD, ATTORNEY FOR PRAIRIE CAPITAL ADVISORS INC
STEPHEN C. JONES, PLAINTIFF'S EXPERT WITNESS present

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

(continue)..**19-04688-CL7**　　　　　　　MONDAY, MARCH 27, 2023 11:00 AM

### *Disposition:*

Joint hearings held 3/27/23 on the following IntegratedMarketing.com adversary proceedings:
21-90061-CL & 21-90062-CL.

*********************************************************************************

1)  Pre-trial status conference continued to 5/24/23 at 2:00 PM, Dept 5.

In light of the continued hearing on summary judgment motion in AP #21-90061-CL below,
Court extends discovery deadlines for expert witnesses.
The parties will provide a stipulation/order proposing detailed discovery dates
for entry into both of the above adversary proceedings.


2)  Matter continued to 5/24/23 at 2:00 PM, Dept 5 for further hearing.

Court heard extensive oral argument on the summary judgment motion.
For the reasons stated on the record and as indicated in the Tentative Ruling,
Court will entertain additional briefing.

Parties are to brief the following 2 issues:
1) The applicability of ERISA and therefore potential ERISA preemption on the case; and
2) The California law on intended third party beneficiary contracts and its effect on the outcome of this motion.

Court sees the Seminole case of Biakanja from 1958.
Court wishes to be more certain that there are not progeny to that case or
that there are not other principles of third party beneficiary contracts relevant here.
Of course, if there are federal courts interpreting Biakanja, that is fine as well.

Plaintiff/Trustee will provide his surreply by 5/1/23.
Defendant/Prairie Capital will then provide its sur-surreply to the Trustee's paper by 5/16/23.
The above briefs are not to exceed 25 pages.
Matter will then come on for further hearing on 5/24/23 at 2:00 PM as noted above.