JEFFREY D. CAWDREY (SBN: 120488)
jcawdrey@grsm.com
KATHRYN M.S. CATHERWOOD (SBN: 149170)
kcatherwood@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 544-7240
Facsimile: (619) 696-7124

Attorneys for Defendant
PRAIRIE CAPITAL ADVISORS, INC.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>INTEGRATEDMARKETING.COM, dba RONI HICKS & ASSOCIATES,<br><br>Debtor.<br><br>RONALD E. STADTMUELLER, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>PRAIRIE CAPITAL ADVISORS, INC.,<br><br>Defendant. | CASE NO. 19-04688-CL7<br><br>Chapter 7<br><br>Adv. Pro. 21-90061-CL<br><br>**DEFENDANT PRAIRIE CAPITAL ADVISORS, INC.'S INITIAL EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2) AND FED. R. BANKR. P. 7026(a)(2)**<br><br>Judge: Hon. Christopher B. Latham |

Defendant Prairie Capital Advisors, Inc. ("Prairie") through its attorneys, Gordon Rees Scully Mansukhani LLP, pursuant to Rule 26(a)(2)(A) and Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure, as well as this Court's most recent Scheduling Order, hereby discloses the identity of the witnesses named herein

/ / /

-1-
DEFENDANT PRAIRIE CAPITAL ADVISORS, INC.'S INITIAL EXPERT WITNESS DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(2) AND FED. R. BANKR. P. 7026(a)(2)

whom it may use in this case, including at trial, to present evidence under the Federal Rules of Evidence ('FRE") 702, 703, or 705.

The following expert witnesses have been retained or specially employed to provide expert testimony as relates to the following adversary proceedings: *Ronald E. Stadtmueller, Chapter 7 Trustee v. Prairie Capital Advisors, Inc.*, Adv. No. 21-90061 and *Ronald E. Stadtmueller, as administrator of the Roni Hicks & Associates Employee Stock Ownership Plan and Trust dated January 1, 2013 v. Prairie Capital Advisors, Inc.*, Adv. No. 21-90062.

**A) Expert Name**:

Jeffrey S. Tarbell, ASA, CFA
Houlihan Lokey
415.273.3642 Direct
jtarbell@hl.com

**Qualifications:**

Mr. Tarbell is a Director in the Financial Valuation and Advisory practice of Houlihan Lokey Financial Advisors, Inc. (Houlihan Lokey"). He serves as the Head of Houlihan Lokey's Estate and Gift Tax Valuation practice and Co-Head of its Employee Stock Ownership Valuation practice. Mr. Tarbell is a member of Houlihan Lokey's Technical Standards Committee and Dispute Resolution Consulting and Financial Expert Opinions practice. His qualifications are set forth in his curriculum vitae, a copy of which is attached hereto as **Exhibit 1**. Mr. Tarbell's testimony will be based upon his investigation and inspection of documents produced in this case, including the Defendants' fairness opinions, valuation reports and financial documents, data, and the expert's education, training, and experience.

A listing of Mr. Tarbell's billing rates is set forth below:

Testimony at Deposition: $800.00 per hour

Testimony at Trial: $800.00 per hour

/ / /

**Subject matter on which the witness is expected to present evidence under FRE 701-705:**

Mr. Tarbell is expected to provide testimony regarding Plaintiff's allegations that the Fairness Opinion and Valuation Report in connection with the June 2017 ESOP transaction for the acquisition of the remaining 51% of Debtor's stock by the ESOP Trust were prepared below the standard of care. He will review and respond to Plaintiff's experts' reports and offer rebuttal testimony in response to corresponding experts designated by Plaintiff. Mr. Tarbell's testimony and report will be provided consistent with the Court's scheduling order entered in this case and Mr. Tarbell's opinions may include, but are not limited to:

1) Analysis of the valuation process and appraisal performed by Prairie in connection with the transactions described in the Complaint;

2) Analysis of the feasibility of the ESOP Trust's purchase of the Seller's stock;

3) Analysis of the valuation and fairness opinions related to the purchase of Sellers' stock in the Debtor;

4) Analysis of the relationship between Prairie, the Bank, the ESOP Trustee, and the Sellers;

5) Analysis of Plaintiff's experts' reports;

Mr. Tarbell may use documents produced by parties in this case as exhibits in support of his opinions.

Mr. Tarbell may supplement this disclosure, if necessary, in accordance with Fed. R. Civ. P. 26(e) and Fed. R. Bankr. P. 7026(e).

///
///
///
///
///

**B) Expert Name**:

Marc S. Schechter
Butterfield Schechter, LLP
10021 Willow Creek Road, Suite 200
San Diego, California 92131
(858) 444-2300
(858) 444-2345 (fax)

**Qualifications:**

Mr. Schechter is a member of the California State Bar. His practice areas include Employee Benefits, Employee Stock Ownership Plans, Pension and Profit Sharing Plans, ERISA, and ERISA Litigation. His qualifications are set forth in his curriculum vitae, a copy of which is attached hereto as **Exhibit 2**. Mr. Schechter's testimony will be based upon his review of the Complaints, pleadings in support of and opposition to summary judgment, including the Declaration of Steven Jones filed in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, as well as his investigation and inspection of documents produced in this case, including the Defendants' fairness opinions, valuation reports and financial documents, data, and the expert's education, training, and experience.

A listing of Mr. Schechter's billing rates is set forth below:

Testimony at Deposition: $625.00 per hour

Testimony at Trial: $625.00 per hour

**Subject matter on which the witness is expected to present evidence under FRE 701-705:**

Mr. Schechter is expected to provide testimony to assist the Court regarding what is typical for the role of a non-fiduciary engaged to provide valuations and fairness opinions in connection with transactions at issue in this case. He will assist the Court in understanding the impact of ERISA on ESOP transactions involving the acquisition of a company's stock by the ESOP, including the right to contractually limit liability. He will opine on the extent of Prairie's liability for

-4-
DEFENDANT PRAIRIE CAPITAL ADVISORS, INC.'S INITIAL EXPERT WITNESS DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(2) AND FED. R. BANKR. P. 7026(a)(2)

Plaintiff's allegations that the Fairness Opinion and Valuation Report in connection with the June 2017 ESOP transaction for the acquisition of the remaining 51% of Debtor's stock by the ESOP Trust were prepared below the standard of care, including whether a non-fiduciary may limit its audience solely to the ESOP Trustee. He will review Mr. Steve Jones' prior declaration filed with the Court, as well as any subsequent reports prepared by Mr. Jones, and offer rebuttal testimony in response to corresponding experts designated by Plaintiff as it relates to Prairie's role and scope of liability. Mr. Schechter's testimony and report will be provided consistent with the Court's scheduling order entered in this case and Mr. Schechter's opinions may include, but are not limited to:

1) Analysis of the Engagement Letter and Valuation Report and Fairness Opinion and its disclaimer provisions limiting the audience to the ESOP Trustee and relying, without verification, on information provided to Prairie by the ESOP Trustee and the Debtor in connection with the transactions described in the Complaint;

2) Analysis of the relationship between Prairie, the Bank, the ESOP Trustee, and the Sellers;

3) Analysis of Plaintiff's experts' reports, including with respect to the disclaimer provisions in the Engagement letter and Prairie's opinions;

Mr. Schechter may use documents produced by parties in this case as exhibits in support of his opinions.

Mr. Schechter may supplement this disclosure, if necessary, in accordance with Fed. R. Civ. P. 26(e) and Fed. R. Bankr. P. 7026(e).

**C) Reservation of Rights:**

Prairie reserves the right to supplement and/or amend its list of expert witnesses including upon discovery of additional facts and/or circumstances that require expert testimony as authorized or permitted by the Federal Rules of Civil Procedure and/or orders of the Court, to identify rebuttal expert witnesses and to

elicit expert opinion testimony or any other evidence under the FRE, including Rules 702 and 703, from any witness designated by any other party. Prairie further reserves the right to retain and rely upon additional rebuttal experts as necessary.

Prairie further does not necessarily agree that any other party's witnesses are qualified to give opinion testimony, and reserve the right to challenge their qualification.

Dated: March 31, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Jeffrey D. Cawdrey
Kathryn M.S. Catherwood
Attorneys for Defendant
PRAIRIE CAPITAL ADVISORS, INC.

EXHIBIT 1

(Tarbell's curriculum vitae)

**QUALIFICATIONS OF JEFFREY S. TARBELL, ASA, CFA**

I am a Director in Houlihan Lokey's Financial and Valuation Advisory business. I have more than three decades of experience providing valuations, financial opinions, and expert witness testimony regarding private and publicly traded companies. I am the Co-Head of the firm's Employee Stock Ownership Plan Valuation practice and the Head of the firm's Estate and Gift Tax Valuation practice. I am also a member of the firm's Technical Standards Committee.

Prior to joining Houlihan Lokey, I was the National Director of Financial Advisory Services for a national valuation firm. Before that I was a Vice President in the M&A group of a boutique investment banking firm.

1. **EDUCATION**

    - Bachelor of Science, Business Administration, University of Oregon with a specialization in finance and marketing, 1990

    - Master of Business Administration, University of Chicago Booth School of Business with a specialization in finance and accounting, 1997

2. **PROFESSIONAL ACTIVITIES**

    - American Society of Appraisers:
        - Accredited Senior Appraiser, certified in business valuation
        - Member of the Board of Governors
        - Past Chair of the Business Valuation Committee
        - Member of the Editorial Review Board of the peer-reviewed journal, *Business Valuation Review*
        - Member of the Education Subcommittee of the Business Valuation Committee
        - Member of the Standards Subcommittee of the Business Valuation Committee
        - Course developer and instructor

- CFA Institute:
    - Chartered Financial Analyst

- The Appraisal Foundation:
    - Business Valuation Resource Panel
    - Business Valuation Issue Task Force

- The ESOP Association:
    - Member of the Legal and Regulatory Advisory Committee
    - Member and Past Chair of the Valuation Advisory Committee
    - Past Member of the Board of Directors
    - Past Chair of the Advisory Committees Chairs Council
    - Past Member of the Executive Committee of the Board of Trustees of the Employee Ownership Foundation

- International Institute of Business Valuers (iiBV):
    - Member of the Education Committee
    - Course developer and Instructor
    - Past Member of the Board of Directors
    - Past Chair of the Co-Owners entity

- Portland Society of Financial Analysts:
    - Member

- American Bar Association (ABA):
    - Associate Member

- Financial Industry Regulatory Authority (FINRA):
    - General Securities Representative (Series 7 and 63)
    - Limited Representative – Investment Banking (Series 79)

## 3. TESTIMONY HISTORY

I have provided expert testimony during the previous four years as follows:

### a. Trial/Arbitration

- *Windmill Inns of America, Inc., Plaintiff, v. John-Robert Cauvin, also known as John Cauvin, and Melinda Cauvin, Defendants*, Case Nos. 1304655CV and 1404545CV, Circuit Court of the State of Oregon for Klamath County, June 2022

- *ICONIQ Capital Group, L.P. v. Chad Boeding*, American Arbitration Association (AAA), Case No. 01–20–0010–8382, Santa Clara County, CA, October 2021

- *In Re Marriage of Fariba Coahanim, Petitioner vs. Mehran Yaghoub Nia, Respondent*, Case No: BO 600 846, Superior Court of the State of California for the County of Los Angeles, October 2019

- *R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor, Plaintiff v. Wilmington Trust, N.A.; Graphite Sales, Inc. Employee Stock Ownership Plan, Defendants*, Case No. 1:17–CV–1755, United States District Court for the Northern District of Ohio, February 2019

### b. Deposition Testimony

- *Danielle Gamino, Individually and on behalf of all others similarly situated, Plaintiff, v. KPC Healthcare Holdings, Inc., KPC Healthcare, Inc. Employee Stock Ownership Plan Committee, Alerus Financial, N.A., Kali Pradip Chaudhuri, Kali Priyo Chaudhuri, Amelia Hippert, William E. Thomas, Lori Van Arsdale, and SPCP Group, LLC, Defendants and KPC Healthcare, Inc. Employee Stock Ownership Plan, Nominal Defendant,* Case No. 5:20–cv–01126–SB–SHK, United States District Court for the Central District of California, Eastern Division, July 2022

- *Martin J. Walsh, Secretary of Labor, Plaintiff, v. Reliance Trust Company, et al., Defendants,* Civil Action No. 2:19-cv-03178-JJT, United States District Court for the District of Arizona, December 2021

- *R. Eugene Scalia, Secretary of Labor, U.S. Department of Labor, Plaintiff v. Reliance Trust Company, Steven R. Carlsen, Paul A. Lillyblad, Kelli Watson, and Kurt*

- *Manufacturing Company, Inc. Employee Stock Ownership Plan, Defendants*, Case No. 0:17–cv–04540–SRN–FLN, United States District Court for the District Of Minnesota; June 2020

- *Jessica Casey and Jason Coleman, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, Plaintiffs v. Reliance Trust Company, Defendant*, Civil Action No. 4:18–CV–00424–ALM, United States District Court for the Eastern District of Texas, Sherman Division); August, 2019

- *R. Alexander Acosta, U.S. Secretary of Labor, Plaintiff v. Wilmington Trust, N.A. f/k/a Wilmington Trust Retirement and Institutional Services; and The HCMC Legal, Inc. Employee Stock Ownership Plan, Defendants*, Civil Action No. 1:17–CV–6325, United States District Court for the Southern District of New York, April, 2019

- *R. Alexander Acosta, U.S. Secretary of Labor, Plaintiff v. Zander Group Holdings, Inc.; Jeffrey J. Zander, an Individual; Stephen M. Thompson, an Individual; and Zander Group Holdings, Inc. Employee Stock Ownership Plan Defendants*, Case No. 3:17–CV–01187, United States District Court for the Middle District of Tennessee, Nashville Division, March, 2019

- *In Re Marriage of Fariba Coahanim, Petitioner vs. Mehran Yaghoub Nia, Respondent*, Case No: BO 600 846, Superior Court of the State of California for the County of Los Angeles, February 2019

   c. **Hearing Testimony**

- Department of Labor (DOL), Employment Benefit Security Administration (EBSA), testimony regarding proposed amendment to the Prohibited Transaction Exemption Filing and Processing Procedures, Online Hearing, September 2022

**4. PUBLICATION AND PUBLIC TEACHING**

I have authored publications and public teachings in the past ten years as follows:

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, January 2023

- "Valuation Provisions in Buy-Sell Agreements," American Society of Appraisers Webinar, October 2022

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, September 2022

- "Advanced ESOP Valuation Issues" 2022 ASA ESOP Virtual Conference, June 2022

- Editor, Valuing a Business: The Analysis and Appraisal of Closely Held Companies, 6th ed. (McGraw-Hill), April 2022

- Co-author of Chapter 36. "Valuation Provisions in Buy-Sell Agreements," *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, 6th ed. (McGraw-Hill), April 2022

- Co-author of Chapter 47, "Fairness Opinions," *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, 6th ed. (McGraw-Hill), April 2022

- Co-author of Chapter 49, "Litigation Support Services," *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, 6th ed. (McGraw-Hill), April 2022

- *International Valuation Glossary – Business Valuation*, jointly published by ASA, Chartered Business Valuators Institute, Royal Institution of Chartered Surveyors, and Saudi Authority for Accredited Valuers, November 2021 (and subsequent updates)

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, online course, April 2021

- *ESOP Brief #24: The Value of Control in ESOP Transactions & Plan Year Valuations*, The ESOP Association, March 2021

- "Power Panel: Live Expert Answers for Today's Tough BV Questions" Business Valuation Resources Webinar, January 2021

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, online course, December 2020

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, online course, November 2020

- "Best Practices for Projection Development & Results" The ESOP Association Virtual Conference, November 2020

- "ASA Amicus Brief: Valuation Issues in ESOP Litigation (Lee v. Argent Trust Co.)" American Society of Appraisers Webinar, August 2020

- "Valuing ESOPs: Current Issues" New York State Society of Certified Public Accountants, Business Valuation/Litigation Services Conference Webcast, May 2020

- "MPAP: A Two-Year Perspective" American Society of Appraisers Webinar, February 2020

- "Get to the Point: How to Write Clear and Concise Valuation Reports" AICPA Forensic & Valuation Services Conference, Las Vegas, November 2019

- "Communicating Complex Financial Topics" AICPA Forensic & Valuation Services Conference, Las Vegas, November 2019

- "Adjusting Market Pricing Multiples for Non-Systematic Risks" ICVPME 11th International Valuation Conference, New Zealand, Australia, September 2019

- "ESOP-Related Controversies and Litigation" American Society of Appraisers Webinar, August 2019

- "Control Premia: Then and Now" Valuation Workshop for CPAs, Taqeem (Saudi Authority for Accredited Valuers), Riyadh, Saudi Arabia, July 2019

- "Principles of Business Valuation" (BV 201), Taqeem (Saudi Authority for Accredited Valuers), Riyadh, Saudi Arabia, July 2019

- "Business Valuation Comprehensive Case Study" (BV 203), Taqeem (Saudi Authority for Accredited Valuers), Jeddah, Saudi Arabia, July 2019

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, Ashburn, VA, June 2019

- "Case Study" (ASA 213) and "Advanced Topics in Business Valuation" (ASA 214), American Society of Appraisers Course, Moscow, Russia, November 2018

- "Control Issues in Purchase Transactions" The ESOP Association Conference, Las Vegas, November 2018

- "ESOP Valuations – Fair Market Value or *Fair Market Value*" American Society of Appraisers, Advanced Business Valuation Conference, Anaheim, October 2018

- "Adjusting Market Pricing Multiples for Incremental Risks", IVSC - ANEVAR International Valuation Conference, Bucharest, Romania, September 2018

- "Key Issues and Main Errors When Valuing Start-Up Companies" Panel Discussion, ASA European Valuation Conference, Prague, Czech Republic, June 2018

- "Principles of Business Valuation" (iiBV 101) and "The Income Approach" (iiBV 102), International Institute of Business Valuers Course, Belgrade, Serbia, May 2018

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, Chicago, April 2018

- "The Impact of the Tax Cuts and Jobs Act on Cost of Capital", American Society of Appraisers Webinar, March 2018

- "Business Valuation Comprehensive Case Study" (iiBV 203) and "Advanced Topics in Business Valuation" (iiBV 204) Taqeem (Saudi Authority for Accredited Valuers), Jeddah, Saudi Arabia, December 2017

- "Adjusting Guideline Public Company Valuation Multiples" AICPA Forensic & Valuation Services Conference, Las Vegas, November 2017

- "Control Issues in Purchase Transactions" The ESOP Association Conference, Las Vegas, November 2017

- "Top Issues Attracting Scrutiny of ESOP Valuations and Fairness Opinions" American Society of Appraisers, Advanced Business Valuation Conference, Houston, October 2017

- "What's New and Notable with ESOP Valuations?" American Society of Appraisers Webinar, July 2017

- "Basic Concepts and Tools for International Valuation" (iiBV 100) and "Principles of Business Valuation" (iiBV 101) Taqeem (Saudi Authority for Accredited Valuers), Riyadh, Saudi Arabia, April 2017

- "Business Valuation Case Studies" (iiBV 103) and "Advanced Topics in Business Valuation" (ASA 204), International Institute of Business Valuers Course, Prague, Czech Republic, February 2017

- "Corporate Valuation" Frequent guest lecturer at University of Oregon (undergraduate, MBA and Executive MBA programs), December 2016 (latest)

- "Adjusting Market Multiples" American Society of Appraisers San Francisco Fair Value Conference, November 2016

- "Basic Concepts and Tools for International Valuation" and "Principles of Business Valuation" Taqeem (Saudi Authority for Accredited Valuers), Riyadh, Saudi Arabia, October 2016

- "Basic Concepts and Tools for International Valuation" and "Principles of Business Valuation" Taqeem (Saudi Authority for Accredited Valuers), Dubai, United Arab Emirates, October 2016

- "Basic Concepts and Tools for International Valuation" (iiBV 100) and "Principles of Business Valuation" (iiBV 101) Taqeem (Saudi Authority for Accredited Valuers), Cairo, Egypt, October 2016

- "Valuation of Acquisition Targets: Guidance for M&A Counselors: Understanding Valuation Models, Formulas and Techniques; Impact of Valuation on Price, Negotiation, and Disclosure" Strafford Publications, Inc. Webinar, April 2016

- "Advanced Topics in Business Valuation" (ASA 204), American Society of Appraisers Course, Herndon, Virginia, January 2016

- "The Different Roles of Fairness Opinions in Different Types of Deals" Fondazione Organismo Italiano di Valutazione (OIV), Milan, Italy, November 2015

- "Introduction to Business Valuations" (iiBV 101) and "International Cost of Capital" (iiBV 103), International Institute of Business Valuers Course, Prague, Czech Republic, November 2015

- "Basic Valuation" 2015 Tax Conference, Tax Executives Institute, Portland, April 2015

- "Valuation" Guest Lecturer at University of California, Los Angeles School of Law, Los Angeles, April 2015

- "Advanced Topics in Business Valuation" (BV 204), American Society of Appraisers Course, Las Vegas, January 2015

- "MPAP: A Fresh Look at Premiums for Control" Business Valuation Association, Chicago, November 2014

- "Business Valuation Case Studies" (iiBV 103) and "Advanced Topics in Business Valuation" (ASA 204), International Institute of Business Valuers Course, Belgrade, Serbia, October 2014

- "Pulling Back the Curtain on Draft Reports: Proposed Changes for 2016–17 USPAP on the Right Track" American Society of Appraisers BV Success, July 2014

- "Valuations for Transactional vs. Non-Transactional Purposes: The Intersection of Wall Street and Main Street" Business Valuation Resources Webinar, July 2014

- "Proposed 'Fiduciary' Rule Already Having an Effect on ESOP Appraisers" American Society of Appraisers BV Success, June 2014

- "Corporate Valuation" Frequent guest lecturer at Marylhurst University, May 2014 (latest)

- "A Peek Inside a Trustee Meeting Approving a Purchase of Stock by a New ESOP" 2014 NCEO Employee Ownership Conference, Atlanta, April 2014.

- "Advanced Topics in Business Valuation" (BV 204), American Society of Appraisers Course, Crystal City, Virginia, January 2014

- Reviewer to Cost of Capital: Applications and Examples, 5th ed., by Shannon P. Pratt and Roger J. Grabowski (John Wiley & Sons, 2014)

- "How is a Valuation Opinion Different than a Fairness Opinion?" The ESOP Association Conference, Las Vegas, November 2013

- "Advanced Topics in Business Valuation" (BV 204), International Institute of Business Valuers Course, Berlin, Germany, November 2013

- "Update on the Financial Marketplace" 10th Annual Northwest Private Equity and M&A Conference, Seattle, November 2013

- "Making M&A a Core Business Competency" 10th Annual Northwest Private Equity and M&A Conference, Seattle, November 2013

- "What's New with Control Premiums" American Society of Appraisers, Advanced Business Valuation Conference, San Antonio, October 2013

- "ESOP Valuations: A Look at the Advanced Issues" American Society of Appraisers Webinar, September 2013

- "Advanced Topics in Business Valuation" (BV 204), American Society of Appraisers Course, Skokie, Illinois, May 2013

- "Earnouts and Other Strategies in Business Transition and M&A" Law Firm Client Seminar, April 2013

- "Valuation of ESOP Stock" The ESOP Association Conference, Washington, DC, May 2013

- "Valuation for Employee Stock Ownership Plans" Guest Lecturer at University of Southern California, February 2013

EXHIBIT 2

(Schechter's curriculum vitae)

*Curriculum Vitae of Marc S. Schechter*                                                         *page* 1

**Marc S. Schechter**
**10021 Willow Creek Road, Suite 200**
**San Diego, California 92131**
**Telephone: (858)444-2300**
**mschechter@bsllp.com**

## EDUCATION

*Pepperdine University School of Law, Straus Institute for Dispute Resolution, Mediating the Litigated Case, Malibu, California 2018*

*Juris Doctorate, California Western School of Law, San Diego, California 1984*
Magna Cum Laude
Class Standing - 2/221
Law Review
    Head Notes and Comments Editor, 1983-1984
    Staff Writer, 1982-1983

*B.A., Rowan University, Glassboro, New Jersey 1980*
Academic Dean's List

## PROFESSIONAL EXPERIENCE

**Tax-Qualified Plans**.  Design and implement all types of tax-qualified plans.  Work includes representation before IRS, DOL, and PBGC.  Issues range from discrimination in coverage and benefits to permitted disparity, Section 415 limits, deduction of contributions, merger and spin-off plans, plan termination and taxation of distributions (inclusive of IRA rollover and related issues).  Significant experience in the implementation of ESOPs and ESOP transactions.

**Executive Compensation**.  Design and implement equity-based compensation arrangements, including stock option plans, restricted stock, performance share and other performance-based arrangements.  Advise regarding federal tax issues applicable to compensation arrangements, including constructive receipt, economic benefit, and Sections 83, 162(m), and 280G.  Draft and advise with respect to executive employment contracts, including parachute payments and non-compete provisions.  Negotiate executive severance arrangements.  Design security arrangements for executive benefits.

**Mergers/Acquisitions/Dispositions**.  Negotiate, advise, and conduct due diligence related to benefit aspects of business mergers, acquisitions and dispositions.  Deal with issues related to parachute payments, severance pay, tax-qualified plan mergers and spin-offs, ESOP termination, and executive compensation.

**Welfare Benefit Plans**.  Advise regarding the design and drafting of severance pay arrangements, VEBAs, and flexible benefit (cafeteria plan) arrangements.

**Representation of Fiduciaries**.  Advise investment advisors/managers, plan administrative committees and trustees regarding ERISA fiduciary duty rules.  Extensive experience in applying for and obtaining prohibited transaction exemptions.

*Curriculum Vitae of Marc S. Schechter* *page* 2

**ERISA Litigation**. Advise, negotiate, and draft litigation documentation involving ERISA/employee benefit plan issues, including fiduciary liability, preemption of various state statutes and early retirement benefits. Retained as expert witness in various litigation matters involving ERISA/employee benefit and related taxation matters. Available as a mediator or arbitrator in ERISA/employee benefit plan matters.

**QDRO Issues**. Extensive experience in the drafting of Qualified Domestic Relations Orders and in establishing QDRO processing procedures and model orders for tax-qualified plan sponsors.

**General Business and Transactional Counseling**. Serve all types of business entities and provide most types of business counseling and transactional documents. Services include business entity formation, operational issues of all types, merger, reorganization, dissolution, tax planning and controversy; structuring and documentation of business transactions; business succession and executive compensation planning.

## PROFESSIONAL POSITIONS

| | |
|---|---|
| **October 1998 to Present** | *Butterfield Schechter LLP, San Diego, California*<br>**Attorney/Partner** |
| **March 1994 to October 1998** | *Hinchy, Witte, Wood, Anderson & Hodges, San Diego, California*<br>**Attorney** |
| **1984 to March 1994**<br>**1982 to 1984** | *Miller, Ewald, Monson, Hoshaw & Schechter, San Diego, California*<br>**Attorney/Partner**<br>**Law Clerk** |
| **Periodically Since 1995** | *California Western School of Law, San Diego, California*<br>**Adjunct Faculty**<br>Teach course on ERISA/Employee Benefits Law |

## BAR ADMISSIONS

1984, California; 1985, New Jersey and U.S. Tax Court; 1984, U.S. District Court, Southern District of California; U.S. District Court, Central District of California; 1996, U.S. Court of Appeals, Ninth Circuit; 2000, U.S. Court of Appeals, Fifth Circuit; 2001, U.S. Supreme Court; 2009, U.S. District Court, Northern District of California

## PROFESSIONAL MEMBERSHIPS

San Diego County Bar Association (Member, Taxation Law Section and Sports and Entertainment Section); State Bar of California; The ESOP Association (Member; Former Member, Legislative and Regulatory Advisory Committee); Western Pension and Benefits Conference

## RECENT PUBLICATIONS

Articles on Employee Benefit topics for a wide range of periodicals

Lecturer on Employee Benefit topics for a wide range of organizations and programs