CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jeffrey D. Cawdrey (SBN: 120488)
Kathryn M.S. Catherwood (SBN: 149170)
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Ste 2000, San Diego, CA  92101
Ph: (619) 544-7240 / Fax:  (619) 696-7124
jcawdrey@grsm.com; kcatherwood@grsm.com
Attorneys for Defendant PRAIRIE CAPTIAL ADVISORS

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>INTEGRATEDMARKETING.COM dba RONI HICKS & ASSOCIATES<br><br>Debtor. | BANKRUPTCY NO. 19-04688-CL7 |
| RONALD E. STADTMUELLER, Chapter 7 Trustee,<br><br>Plaintiff(s) | ADVERSARY NO. 21-90061-CL |
| v.<br>PRAIRIE CAPITAL ADVISORS, INC.<br><br>Defendant(s) | |

# PROOF OF SERVICE

I, <u>M.A. Brookman</u> am a resident of the State of California, over the age of 18 years, and not a party to this action.

On <u>March 31, 2023</u> , I served the following documents:
DEFENDANT PRAIRIE CAPITAL ADVISORS, INC.'S INITIAL EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2) AND FED. R. BANKR. P. 7026(a)(2)

1.     **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On <u>March 31, 2023</u> , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
•Gary B. Rudolph     rudolph@sullivanhill.com;
hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com
•Ronald E. Stadtmueller     ecfstadt@aol.com, res@trustesolutions.net;ecfstadt2@aol.com

☐     Chapter 7 Trustee:

☐     For Chpt. 7, 11, & 12 cases:     ☐  For ODD numbered Chapter 13 cases:     ☐  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE          THOMAS H. BILLINGSLEA, JR., TRUSTEE          DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov          Billingslea@thb.coxatwork.com          admin@ch13.sdcoxmail.com
                                                                              dskelton13@ecf.epiqsystems.com

CSD 3010


American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 3010 [07/01/18] (Page 2)

2.      **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  _March 31, 2023_____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

| | |
|---|---|
| Gary B. Rudolph | Kathleen A. Cashman-Kramer |
| SULLIVAN HILL REZ & ENGEL | SULLIVAN HILL REZ & ENGEL |
| Rudolph@sullivanhill.com | Cashman-kramer@sullivanhill.com |

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  _March 31, 2023_____          _M.A. Brookman /s/ M.A. Brookman_____
                  (Date)                                    (Typed Name and Signature)

                                                   _101 West Broadway, Suite 2000_____
                                                    (Address)

                                                   _San Diego, CA  92101_____
                                                    (City, State, ZIP Code)

CSD 3010


American LegalNet, Inc.
www.FormsWorkFlow.com