Redact
Rev. 08/22

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| INTEGRATEDMARKETING.COM <br><br> Debtor(s) | BANKRUPTCY NO.    19–04688–CL7 |
| Ronald E. Stadtmueller <br><br> Plaintiff(s) | ADVERSARY NO.    21–90061–CL |
| v. <br><br> Prairie Capital Advisors, Inc. <br><br> Defendant(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND DEADLINES

TO PARTIES IN INTEREST

YOU ARE HEREBY NOTIFIED that a transcript of the hearing held **03/27/23** was filed with the Court on 4/26/23.

Access to this transcript is restricted for ninety calendar days from the date of filing unless extended by court order. All parties have seven calendar days to file a Notice of Intent to Request Redaction of certain identifying information as provided in the Judicial Conference's Privacy Policy. The four identifying items are: Social Security numbers (should be redacted to show only the last four digits); birth dates (should contain only the year of birth); individuals known to be minors (should be referred to with initials); and financial account numbers (should be redacted to the last four digits).

If a Notice of Intent to Request Redaction is filed, the party then has 21 calendar days from the date of filing of the transcript to file with the court and the court reporter, a Notice of Redaction with List of Location Identifiers.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Jennifer Gibson, (760) 807–2221, or you may view the document at the clerk's office public terminal at no cost.

Dated: 4/26/23

Michael Williams
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

Stadtmueller,
    Plaintiff

Prairie Capital Advisors, Inc.,
    Defendant

Adv. Proc. No. 21-90061-CL

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Apr 26, 2023      Form ID: redact      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion17.sc.ecf@usdoj.gov | Apr 26 2023 22:50:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + Email/Text: ustp.region15@usdoj.gov | Apr 26 2023 22:50:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary B. Rudolph | on behalf of Plaintiffs Ronald E. Stadtmueller rudolph@sullivanhill.com hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com;cashman-kramer@sullivanhill.com;cashman-kramer@ecf.inforuptcy.com |

District/off: 0974-3 | User: Admin. | Page 2 of 2
Date Rcvd: Apr 26, 2023 | Form ID: redact | Total Noticed: 2

| | |
|---|---|
| Kathleen A. Cashman-Kramer | on behalf of Plaintiffs Ronald E. Stadtmueller Cashman-Kramer@Sullivanhill.com cashman-kramer@ecf.courtdrive.com;rudolph@sullivanhill.com;hill@sullivanhill.com;bkstaff@sullivanhill.com;rudolph@ecf.inforuptcy.com |
| Kathryn M.S. Catherwood | on behalf of Defendant Prairie Capital Advisors Inc. kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com |
| Ronald E. Stadtmueller | ecfstadt@aol.com ecfstadt2@aol.com,res@trustesolutions.net |

TOTAL: 4